IN THE UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF ARKANSAS
DELTA DIVISION

**ISAAC M. JOHNSON**  **PETITIONER**
REG #14427-010

v.   Case No. 2:23-cv-00221-KGB

**CHAD GARRETT,**
Warden, FCI Forrest City  **RESPONDENT**

## ORDER

The Court has reviewed the Proposed Findings and Recommendations ("Recommendation") submitted by United States Magistrate Judge Joe J. Volpe (Dkt. No. 11). Petitioner Isaac M. Johnson has not filed any objections, and the time to file objections has passed. Accordingly, after careful consideration, the Court approves and adopts the Recommendation in its entirety as this Court's findings in all respects (*Id.*). Mr. Johnson's 28 U.S.C. § 2241 petition for writ of habeas corpus is dismissed without prejudice (Dkt. No. 1).

It is so ordered this the 28th day of January, 2026.

_____
Kristine G. Baker
Chief United States District Judge