IN THE UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF ARKANSAS
DELTA DIVISION

**ISAAC M. JOHNSON**  **PETITIONER**
**REG #14427-010**

v.  Case No. 2:23-cv-00221-KGB

**CHAD GARRETT,**
**Warden, FCI Forrest City**  **RESPONDENT**

## JUDGMENT

Pursuant to the Order entered on this date, it is considered, ordered, and adjudged that petitioner Isaac M. Johnson's 28 U.S.C. § 2241 petition for writ of habeas corpus is dismissed without prejudice. The relief requested is denied.

It is so adjudged this the 28th day of January, 2026.

_____
Kristine G. Baker
Chief United States District Judge